# IN THE SUPREME COURT OF THE STATE OF NEVADA

ROBERT FORD, AN INDIVIDUAL,
Appellant,

vs.

R.A.A.M. CORP.,
Respondent.

No. 85043

FILED

OCT 06 2022

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

Appellant filed a notice of appeal challenging an order denying a motion to alter or amend the judgment. Eighth Judicial District Court, Clark County; Susan Johnson, Judge.

Because this court has held that such orders are not independently appealable, this court entered an order directing appellant to show cause why the appeal should not be dismissed for lack of jurisdiction. *See* NRAP 3A(b). This court further noted that although a default had been entered against third-party defendant Valley Electric Association, no default judgment has been entered. Appellant has responded and confirms that the appeal is from both the underlying judgment and the denial of the tolling motion.

However, the jurisdictional issue remains with respect to the default entered against Valley Electric. Appellant's argument that the entry of default should serve as a final disposition of claims against Valley Electric is unavailing. A default, unlike a default judgment, does not fully resolve any claims. *See generally Estate of Lomastro v. Am. Family Ins. Grp.*, 124 Nev. 1060, 1068, 195 P.3d 339, 345 (2008) (recognizing the distinction between a default and a default judgment). Accordingly, the

SUPREME COURT
OF
NEVADA

(O) 1947A

22-31527

district court has not entered a final written judgment adjudicating all the rights and liabilities of all the parties, and the district court did not certify its order as final pursuant to NRCP 54(b). *Lee v. GNLV Corp.*, 116 Nev. 424, 996 P.2d 416 (2000); *KDI Sylvan Pools v. Workman*, 107 Nev. 340, 810 P.2d 1217 (1991); *Rae v. All American Life & Cas. Co.*, 95 Nev. 920, 605 P.2d 196 (1979). This court lacks jurisdiction, and

ORDERS this appeal DISMISSED.

_____ , J.
Hardesty

_____ , J.
Stiglich

_____ , J.
Herndon

cc:    Hon. Susan Johnson, District Judge
Kristine M. Kuzemka, Settlement Judge
Law Office of Corey B. Beck, P.C.
Olson, Cannon, Gormley, & Stoberski
Eighth District Court Clerk